No. 81–2194.   HOOD *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 81–5509.   NORRIS *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 81–5725.   STEVENS *v.* NEW MEXICO.   Sup. Ct. N. M. Certiorari denied.

No. 81–6093.   THOMPSON *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 81–6386.   GAULT *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6548.   DEVINE *v.* ILLINOIS.   App. Ct. Ill., 3d Dist.   Certiorari denied.

No. 81–6631.   KELLY *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 81–6654.   UNITED STATES EX REL. MILLER *v.* MCCARTHY, SUPERINTENDENT, CALIFORNIA MEN'S COLONY, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–6666.   PERRY *v.* PERRY.   Ct. App. D. C.   Certiorari denied.

No. 81–6677.   ROMANO *v.* CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Los Angeles.   Certiorari denied.

No. 81–6679.   WEDRA *v.* THOMAS ET AL.   C. A. 2d Cir. Certiorari denied.

No. 81–6690.   VILLAREAL *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.